IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 27  A 11: 05

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| **FILTER SPECIALISTS, INC.** | * | |
| Plaintiff, | * | |
| v. | * | Case No. L-02-CV-1885 |
| **GLOBETEC, INC.** | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Having considered the Consent Motion to Extension of Time to Respond to Complaint ("Consent Motion") filed jointly by Plaintiff Filter Specialists, Inc. and Defendant GlobeTec Incorporated ("GlobeTec"), it is hereby

ORDERED, that the Consent Motion is hereby GRANTED, and it is

FURTHER ORDERED, that GlobeTec shall have until Monday, July 15, 2002 to respond to the Complaint.

SO ORDERED this 26th day of June 2002.

/s/ B. Legg
_____
Benson E. Legg
United States District Judge