FILED
U.S. DISTRICT COURT

July 26, 2002

2002 JUL 31 P 2: 22

BALTIMORE

_____DEPU_

VIA HAND DELIVERY

The Honorable Benson E. Legg
United States District Court Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    Filter Specialists, Inc. v. GlobeTec, Inc., Case No. L-02-CV-1885

Dear Judge Legg:

      This letter responds to the Memorandum to Counsel that was attached to the July 17, 2002 Scheduling Order ("Order") in the above-referenced case. In that Memorandum, Your Honor instructed the parties to advise the Court within ten days of any modifications they believe should be made to the Order. The parties have conferred and respectfully request that the Order be modified to allow fact discovery to proceed and conclude prior to the commencement of expert discovery. To that end, the parties jointly submit the enclosed Amended Scheduling Order for the Court's consideration.

      The parties also request guidance from the Court as to whether the Order governs both the Complaint filed by Filter Specialists, Inc. and the Counterclaim filed by GlobeTec, Inc. on July 15, 2002.

*[Handwritten annotation: Applies to Both  July 30, 2002  Benson Legg  USDJ]*

Respectfully submitted,

/s/ John F. Dougherty /with permission/
Kathleen A. Birrane, Esquire
John F. Dougherty, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland  21202-3201
(410) 752-6030
(410) 539-1269 (facsimile)

/s/ Kelly J. Davidson
Paul S. Sugar, Esquire
Kelly J. Davidson, Esquire
Ober, Kaler, Grimes & Shriver
A PROFESSIONAL CORPORATION
120 East Baltimore Street
Baltimore, Maryland  21202-1643
(410) 685-1120
(410) 547-0699 (facsimile)

Counsel for Filter Specialists, Inc.

Counsel for GlobeTec, Inc.

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FILTER SPECIALISTS, INC.** | * | 2002 JUL 31 P 2: 22 |
| Plaintiff, | * | |
| v. | * | Case No. L-02-CV-1885 |
| **GLOBETEC, INC.** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED SCHEDULING ORDER

On July 26, 2002, the parties jointly submitted a proposed Amended Scheduling Order for the Court's consideration. The Court hereby accepts the Amended Scheduling Order and enters that Order pursuant to Local Rule 103.9. **This schedule will not be changed except for good cause.**

### I. DEADLINES

| | |
|---|---|
| Joint request for early settlement/ADR conference (This request will not postpone discovery unless otherwise ordered). | July 30, 2002 |
| Report re deposition hours | July 30, 2002 |
| Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge | July 30, 2002 |
| Moving for joinder of additional parties and amendment of pleadings | August 30, 2002 |
| Rule 26(e)(2) supplementation of disclosures and responses | November 4, 2002 |

| | |
|---|---|
| **Fact discovery deadline** | November 29, 2002 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | January 3, 2003 |
| Defendant's Rule 26(a)(2) disclosures re experts | February 14, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | February 28, 2003 |
| **Expert discovery deadline; submission of status report** | March 31, 2003 |
| Requests for admission | April 7, 2003 |
| **Dispositive pretrial motions deadline** | April 30, 2003 |

Date: July 30, 2002

_____
Benson E. Legg
United States District Judge