UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG -6  P 12: 21

AT BALTIMORE
_____ DEPUTY

August 6, 2002

MEMORANDUM TO COUNSEL RE:   Filter Specialists, Inc. v. GlobeTec, Inc.
                             Civil No. L-02-1885

Dear Counsel:

I thank counsel for their letter of July 30, 2002. I am reluctant to authorize so many deposition hours. Each side is hereby authorized to take up to 15 deposition hours. Please use that allotment, and when it is exhausted submit a status report describing what you have done and justifying additional time.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

B. Legg

Benson Everett Legg

c:   Court file