November 20, 2002

VIA HAND DELIVERY

The Honorable Benson E. Legg
United States District Court Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    Filter Specialists, Inc. v. GlobeTec, Inc., Case No. L-02-CV-1885

Dear Judge Legg:

      The parties have agreed to engage in early settlement/alternative dispute resolution ("ADR") and jointly request a referral to a magistrate judge for that purpose. The parties are cognizant of the fact that there will be numerous fact witness depositions and at least two, and perhaps more, expert depositions in this matter. As a result, the parties agree that it would be costly to complete discovery and proceed to trial. At this juncture, therefore, the parties would prefer to devote the monies that would be expended in conducting depositions to settling this matter.

      In an effort to avoid the time and expense associated with the completion of discovery, including fact and expert witness depositions, the parties respectfully request this Honorable Court's permission to: (1) suspend all fact and expert discovery pending ADR, except that the parties agree to supply answers and to produce documents in response to any currently outstanding written discovery requests before commencement of ADR activities; and (2) extend the discovery and related deadlines, if necessary, following ADR.

      Although the parties are hopeful that ADR will be successful, if the Court requests, undersigned counsel agree to submit a proposed Amended Scheduling Order for the Court's consideration that takes into account the possibility that ADR may not result in a resolution of this matter. If the Court requests an Amended Scheduling Order, we would submit it after an ADR schedule has been agreed upon by a magistrate judge.

*Approved. If the case does not settle, I will request the Magistrate Judge to iron out a new schedule. B. Legg    11/21/02*

The Honorable Benson E. Legg
November 20, 2002
Page 2

Respectfully submitted,

*/s/ John F. Dougherty*
Kevin F. Arthur, Esquire
John F. Dougherty, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030
(410) 539-1269 (facsimile)

*/s/ Kelly J. Davidson*
Paul S. Sugar, Esquire
Kelly J. Davidson, Esquire
Ober, Kaler, Grimes & Shriver
A PROFESSIONAL CORPORATION
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
(410) 547-0699 (facsimile)

Counsel for GlobeTec, Inc.

*/s/ Roy W. Anderson, Jr.*
Roy W. Anderson, Jr., Esquire
100 South Charles Street, Suite 1101
Baltimore, Maryland 21201
(410) 752-0575
(410) 244-7033 (facsimile)

Counsel for Filter Specialists, Inc.

cc:   Ms. Felicia C. Cannon, Clerk